JAURIGUE LAW GROUP
MICHAEL J. JAURIGUE, SBN 208123
NAM H. LE, SBN 260752
114 North Brand Boulevard, Suite 200
Glendale, California 91203
Telephone: (818) 432-3220
Facsimile: (888) 879-1697
michael@jlglawyers.com
nam@jlglawyers.com

Attorneys for Caleb Tector and Stephanie Larson, Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>CALEB TECTOR and STEPHANIE LARSON,<br><br>Debtors and Debtors in Possession. | Case No.: 13-20096-C-11<br><br>DC No.: JLG-017<br><br>Chapter 11<br><br>**REPLY TO GREEN TREE SERVICING, LLC'S OBJECTION TO CONFIRMATION OF DEBTORS' SECOND AMENDED PLAN WITH REQUEST FOR ALLOWANCE OF LATE FILING OF OBJECTION**<br><br><u>Plan Confirmation Hearing Date:</u><br><br>Date: October 29, 2014<br>Time: 10:00 a.m.<br>Crtrm: Courtroom 35<br>501 I Street, 6th Floor<br>Sacramento, CA 95814 |

**TO THE HONORABLE CHRISTOPHER M. KLEIN, SECURED CREDITOR GREENTREE SERVICING, LLC, ITS COUNSEL OF RECORD, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

Caleb Tector and Stephanie Larson, the Debtors and Debtors in Possession in the above-referenced case (the "Debtors"), hereby reply to the *Objection to Confirmation of Debtors' Second Plan with Request for Allowance of Late Filing of Objection* (the "Objection") filed by Green Tree Servicing, LLC ("GTS") on October 24, 2014.

Debtors and GTS have entered into an agreement regarding the treatment of GTS's Class 4 secured claim which resolves the Objection of GTS. Debtors and GTS agree that GTS will have a fully secured claim in the amount of $87,384.43, which will be paid by the Debtors over 30 years at an interest rate of 5.0% in monthly payments of $469.10.

Debtors will be responsible for maintenance of taxes and insurance on property securing GTS's claim, located at 203 County Road 838, Unit 15, Fraser, Colorado, 80442 (the "Property").

The above claim treatment modification shall be memorialized in the Order confirming the Debtors' Second Amended Chapter 11 Plan of Reorganization (the "Plan"). In exchange for the foregoing, GTS has agreed to withdraw its Objection to the Plan.

For the reasons set forth above, the Debtors respectfully request that the Court confirm Debtors' Plan.

DATED: October 27, 2014

Respectfully Submitted,

JAURIGUE LAW GROUP

By: */s/ Nam H. Le*
Nam H. Le
Attorneys for Caleb Tector and Stephanie Larson, Debtors and Debtors in Possession